Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  20–06086
Chapter:  13
Judge:  Timothy A. Barnes

In Re:
　Rico M Wilbon
　4924 W Arthington
　Apt. 1
　Chicago, IL 60644

Social Security / Individual Taxpayer ID No.:
　xxx–xx–9471

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: December 17, 2020　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court